IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JACY C. BOOTH, | ) |
| Individually, and on behalf of himself and all other similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 18-00667-CV-W-LMC |
| FLOWERS FOODS, INC., and FLOWERS BAKING CO. OF LENEXA, LLC, | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Order Granting Joint Motion for Approval of FLSA Settlement and Certification under 29 U.S.C. § 216(b) for Settlement Purposes, entered in *Matthew Green et al. v. Flowers Foods, Inc. et al.*, No. 1:19-cv-01021-STA-egb, in the United States District Court for the Western District of Tennessee, all claims by Plaintiff and opt-in plaintiffs against Defendants are **DISMISSED WITH PREJUDICE**, with each party to bear its or his own fees and costs, except as otherwise indicated in the Settlement Agreement.

**IT IS SO ORDERED**, this 4th day of April, 2019.

                                                        */s/ Howard F. Sachs*
                                              HOWARD F. SACHS
                                              UNITED STATES DISTRICT JUDGE